# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RICK STICKLE,

      Plaintiff,

  v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-073-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of plaintiff.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin

by Deputy Clerk

_____4/23/08_____
Date